UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOWARD COPELAN, CORRINE COPELAN, dba THE ADVOCATE PUBLISHING COMPANY, a Nevada corporation, and dba COYOTE T.V., | ) ) ) ) | 3:06-CV-350-BES (RAM) |
| | ) | MINUTES OF THE COURT |
| Plaintiffs, | ) ) | |
| | ) | January 23, 2007 |
| vs. | ) ) | |
| JOSEPHINE E. THAUT, TWO KNOWN OFFICERS OF PEPPERMILL CASINO, INC., PEPPERMILL CASINO, INC., a Nevada corporation, CITY OF WEST WENDOVER, a political subdivision, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   ROSEMARY DAMRON      REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Defendant Peppermill Casino, Inc. has filed a Motion to Strike Fugitive Documents (Doc. #31). Plaintiffs have opposed the Motion (Doc. #33) and Defendant Peppermill has replied (Doc. #34).

Plaintiffs have filed an Alternative Motion for Enlargement of Time (Doc. #32). Defendant Peppermill Casino, Inc. has opposed the Motion (Doc. #34) and Plaintiffs have replied (Doc. #36).

///

MINUTES OF THE COURT
3:06-CV-0350-BES (RAM)
January 23, 2007
Page Two

     Both of these Motions concern Plaintiffs' Reply to Opposition to Motion to Amend Complaint (Doc. #29) and Plaintiffs' Opposition to Motion to Dismiss Proposed First Amended Complaint (Doc. #30) which were untimely filed.

     Although the court does not condone the dilatory filing of documents, it is also the belief of the court that matters should be decided on their merits and parties given a full opportunity to present their arguments. The court also notes that, although the Plaintiffs did not prepare the appropriate Stipulation to provide to the court, they were only one day late on their oral agreement with Defendant Peppermill.

     Defendant Peppermill Casino, Inc.'s Motion to Strike (Doc. #31) is <u>DENIED</u>. Plaintiffs' Alternative Motion for Enlargement of Time (Doc. #32) is <u>GRANTED</u>.

     Defendant Peppermill Casino, Inc. shall have to and including February 9, 2007, in which to file its Reply in Support of Motion to Dismiss Proposed Amended Complaint.

     IT IS SO ORDERED.

                                          LANCE S. WILSON, CLERK

                                          By:      /s/
                                                    Deputy Clerk